United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>1660 MONTEREY STREET, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-CV-00433-LHK<br><br>**ORDER RE VACATING ALL CURRENTLY SET DATES**<br><br>Re: Dkt. No. 14 |

On May 7, 2019, Plaintiff notified the Court that a global settlement has been reached in the instant case and requested that the Court vacate all currently set dates with the expectation that a stipulation for dismissal with prejudice as to all parties would be filed within 60 days. ECF No. 14.

The Court does not vacate any deadlines until a joint stipulation of dismissal has been filed. Thus, Plaintiff's request to vacate all currently set dates is DENIED. By July 8, 2019, the parties shall file either a joint stipulation of dismissal or an explanation as to why a joint stipulation of dismissal has not yet been filed.

**IT IS SO ORDERED.**

Dated: May 8, 2019

_____
LUCY H. KOH
United States District Judge