CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

Robert Oushalem (SBN 92283)
oushlaw@gmail.com
333 West Santa Clara Street
Suite 930, San Jose CA 95113
Telephone: (408)297-0700
Facsimile: (408)297-7788
Attorneys for Defendants
1660 Monterey Street, LLC & Contempo Interior Design, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br> v. <br><br> 1660 MONTEREY STREET, LLC, a California Limited Liability Company; CONTEMPO INTERIOR DESIGN, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 5:19-CV-00433-LHK <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: June 03, 2019 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:  /s/ Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: June 03, 2019 | Robert Oushalem, Attorney at Law |
| 7 | | |
| 8 | | |
| 9 | | By:  /s/ Robert Oushalem |
| 10 | | Robert Oushalem<br>Attorneys for Defendants |
| 11 | | 1660 Monterey Street, LLC &<br>Contempo Interior Design, Inc. |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Robert Oushalem, counsel for 1660 Monterey Street, LLC & Contempo Interior Design, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 03, 2019                CENTER FOR DISABILITY ACCESS

                                    By:   /s/ Amanda Lockhart Seabock
                                          Amanda Lockhart Seabock
                                          Attorneys for Plaintiff